# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>PATRIOT NATIONAL, INC., *et al.*,<br><br>              Debtors. | Ch. 11 Case No. 18-10189 (KG) |
| HONORABLE TRINIDAD NAVARRO, INSURANCE COMMISSIONER OF THE STATE OF DELAWARE, in his capacity as RECEIVER OF ULLICO CASUALTY COMPANY IN LIQUIDATION,<br><br>              Appellant,<br><br>              v.<br><br>PATRIOT NATIONAL, INC., CERBERUS BUSINESS FINANCE, LLC, and FLORIDA DEPT. OF FINANCIAL SERVICES,<br><br>              Appellees. | Civil Action No. 18-00751 (RGA) |

## STIPULATION AND [PROPOSED] ORDER
## REMOVING APPELLEE FROM CASE CAPTION

The Florida Department of Financial Services, Division of Rehabilitation and Liquidation, in its capacity as Receiver of Guarantee Insurance Company (the "GIC Receiver"), the Honorable Trinidad Navarro, Insurance Commissioner of the State of Delaware, in his capacity as Receiver of Ullico Casualty Company in Liquidation ("Appellant"), and appellees Patriot National, Inc. and Cerberus Business Finance, LLC (together, the "Appellees" and, collectively with the GIC Receiver and Appellant, the "Parties") hereby stipulate and agree to the following:

**WHEREAS**, on May 17, 2018, the Appellant filed a Notice of Appeal [D.I. 1] commencing this action;

{00028065. }

**WHEREAS**, the GIC Receiver was improperly listed on the docket and pleadings as an Appellee in this action;

**WHEREAS**, the GIC Receiver would like to correct the docket and case caption to reflect that it is not a party in this action;

**NOW, THEREFORE**, IT IS HEREBY STIPULATED AND AGREED, SUBJECT TO COURT APPROVAL, THAT:

1. The GIC Receiver is not a party to this action.

2. Court approval of this Stipulation will constitute a direction for the Clerk of the Court to remove the GIC Receiver as a party in this action.

3. The Parties will not list the GIC Receiver in the case caption in future filings in this case.

Dated: May 11, 2020

| | |
|---|---|
| BAYARD, P.A. | THE ROSNER LAW GROUP LLC |
| */s/ GianClaudio Finizio* | */s/ Scott J. Leonhardt* |
| Neil B. Glassman (No. 2087) | Scott J. Leonhardt (No. 4885) |
| GianClaudio Finizio (No. 4253) | 824 N. Market Street, Suite 810 |
| 600 N. King Street, Suite 400 | Wilmington, Delaware 19801 |
| Wilmington, Delaware 19801 | Telephone: (302) 777-1111 |
| Telephone: (302) 655-5000 | Email: leonhardt@teamrosner.com |
| Facsimile: (302) 658-6395 | |
| Email: nglassman@bayardlaw.com | *Attorneys for the Florida Department of* |
|       gfinizio@bayardlaw.com | *Financial Services, Division of Rehabilitation and Liquidation, as Receiver of Guarantee Insurance Company* |
| *Attorneys for The Honorable Trinidad Navarro, Insurance Commissioner of the State of Delaware, as Receiver of Ullico Casualty Company in Liquidation* | |
| PACHULSKI STANG ZIEHL & JONES LLP | LANDIS RATH & COBB LLP |
| */s/ Peter J. Keane* | */s/ Adam G. Landis* |
| Laura Davis Jones (No. 2436) | Adam G. Landis (No. 3407) |
| James E. O'Neill (No. 4042) | Kerri K. Mumford (No. 4186) |
| Peter J. Keane (No. 5503) | 919 North Market Street, Suite 1800 |
| 919 North Market Street, 17th Floor | Wilmington, Delaware 19801 |

Wilmington, Delaware 19801
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
E-mail: ljones@pszjlaw.com
        joneill@pszjlaw.com
        pkeane@pszjlaw.com

*Attorneys for Patriot National, Inc.*

Telephone: (302) 467-4400
Facsimile: (302) 467-4450
E-mail: landis@lrclaw.com
        mumford@lrclaw.com

*Attorneys for Cerberus Business Finance, LLC*

IT IS SO ORDERED this __12__ day of May, 2020

                                        /s/ Richard G. Andrews
                                        U.S. District Judge Richard G. Andrews